# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL FLORES and MEEGHAN FLORES, Individually and on Behalf of J.F., a Minor Child, | |
| | CASE NO. 1:10-cv-31 |
| Plaintiff, | Removed from the Iowa District Court for Page County, Case No. CVCV103516 |
| v. | |
| ESSEX COMMUNITY SCHOOL DISTRICT, RONALD FLYNN, et al., | **NOTICE OF REMOVAL** |
| Defendants. | |

Defendants Essex Community School District ("ECSD") and Ronald Flynn ("Flynn") (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby give notice of their removal of this lawsuit from state to federal court, and in support, state as follows:

1. On September 24, 2010, Plaintiffs Michael Flores and Meeghan Flores filed a lawsuit against Defendants in the Iowa District Court for Page County entitled *Michael Flores and Meeghan Flores, Individually and on Behalf of J.F., a Minor Child v. Essex Community School District, Ronald Flynn, et al.,* Case No. CVCV103516. The state court in which this lawsuit was commenced is within this Court's district and division.

2. Less than thirty (30) days have expired since the filing of the Petition.

3. The parties have conducted no discovery and no substantive proceedings have occurred in this action.

4. This case is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs' Petition alleges claims arising under the laws of the United

1

States.  Specifically, Count III asserts a claim against Defendants for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

5. Plaintiffs' remaining state law claims fall within the Court's supplemental jurisdiction under 28 U.S.C. § 1367 because those claims are part of the same case or controversy as the federal claims.

6. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of Defendants' receipt of Plaintiffs' Original Notice and Petition at Law.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all pleadings and process served upon Defendants are attached to Defendants' Local Rule 81(a) List on Removal, which is attached hereto and incorporated herein by reference.

WHEREFORE, Defendants notify this Court, the state court, and the parties of the removal of this case to the United States District Court for the Southern District of Iowa, Western Division.

/s/ Jason M. Craig
Andrew J. Bracken  (AT0001146)
Jason M. Craig  (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail:  dbracken@ahlerslaw.com
         jcraig@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS

2

3

| | |
|---|---|
| Electronically filed.<br><br>Copy to:<br><br>Andrew J. Knuth<br>Knuth Law Office<br>P.O. Box 405<br>Atlantic, IA 50022<br>ATTORNEY FOR PLAINTIFFS | CERTIFICATE OF SERVICE<br><br>The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on this date: ____October 14, 2010_____<br><br>By   ☒ U.S. Mail          ☐ Fax<br><br>       ☐ Hand Delivery    ☐ Private Carrier<br><br>       ☒ Electronically through CM-ECF<br><br>       ☐ Other:_____<br><br>Signature /s/ Jason M. Craig_____ |