UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
11 MAR 30 AM 8: 33
CLERK
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MICHAEL FLORES, MEEGHAN FLORES, INDIVIDUALLY AND ON BEHALF OF J.F., A MINOR CHILD | * | |
| Plaintiffs, | * | NO. 1:10-cv-31-HDV-RAW |
| vs. | * | |
| ESSEX COMMUNITY SCHOOL DISTRICT, RONALD FLYNN, et al., | * | MOTION TO DISMISS WITHOUT PREJUDICE |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

COME NOW the Plaintiffs, Michael Flores and Meeghan Flores and hereby dismiss, without prejudice, the Petition filed in this matter.

_____
Michael Flores, Plaintiff

_____
Meeghan Flores, Plaintiff

# Knuth Law Office
*Andrew J. Knuth, Attorney at Law*
*306 Walnut Street, P.O. Box 405*
*Atlantic, IA 50022-0405*

•••••••••••

*(712)243-1006  Fax: (712)243-2434*

March 29, 2011

US District Court
123 E. Walnut
Room 300
PO BOX 9344
Des Moines, IA 50309
Attn: Francisco Melendez

Re:  Flores et al. v. Essex Community School District et al

Mr. Melendez,

Enclosed please find a Motion to Dismiss Without Prejudice in the above referenced matter.  Please forward the file-stamped copies to my office at your earliest convenience.

Please call my office if you need further information.

Sincerely,

KNUTH LAW OFFICE

Andrew J. Knuth
AJK:sr

Enclosure